IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT LEE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-1213 |
| ) | Judge Trauger |
| ROBERT ARNOLD, Sheriff, and ) | Magistrate Judge Knowles |
| RUTHERFORD COUNTY ADULT DETENTION ) | |
| CENTER, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby **ORDERED** that this case is set for a jury trial on March 25, 2014 at 9:00 a.m. It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference and enter a pretrial order. He shall assist the plaintiff with the preparation of subpoenas, discuss exhibits, instructions and all other matters necessary for having the case prepared to be tried on the date set.

The Magistrate Judge has been managing this case. If he considers it appropriate to appoint counsel to represent the plaintiff at trial, he should do so.

It is so **ORDERED**.

ENTER this 8th day of March 2013.

                                                          _____
                                                          ALETA A. TRAUGER
                                                          U.S. District Judge