UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT LEE BROWN                    )
                                    )
v.                                  )   Civil Action No. 3:12-1213
                                    )   Judge Trauger/Knowles
ROBERT ARNOLD, et al.               )


<u>O R D E R</u>

This is a pro se prisoner action raising claims under 42 U.S.C. § 1983.  Plaintiff's Complaint was filed November 21, 2012.  Docket No. 1.  On July 25, 2013, Defendants filed a Motion to Compel advising the Court that their discovery requests were returned to Defendants with a stamp notation indicating that Plaintiff no longer resides at the address of record.  Docket No. 43.  According to the Order entered by the Honorable Aleta A. Trauger on December 10, 2012 (Docket Entry No. 7), "He is also forewarned that his prosecution of this action will be jeopardized should he fail to keep the Clerk's Office informed of his current address."

Within twenty (20) days of the date of entry of this Order, Plaintiff shall file a written statement providing his current address and showing good cause for his failure to keep the Clerk's Office informed of his current address.  If Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge