IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT LEE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-1213 |
| ) | Judge Trauger |
| ROBERT ARNOLD, Sheriff, and ) | Magistrate Judge Knowles |
| RUTHERFORD COUNTY ADULT DETENTION ) | |
| CENTER, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On September 20, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 49), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Motion to Dismiss (Docket No. 48) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

ENTER this 23rd day of October 2013.

_____
ALETA A. TRAUGER
U.S. District Judge